479 A.2d 1101

Commonwealth v. Martell, Appellant.
Petition for Allowance of Appeal
Denied Oct. 17, 1984.

Argued March 22, 1984. John P. Cotter, for appellant; Stuart L. Haimowitz, for Commonwealth, appellee.

Before BECK, TAMILIA and HOFFMAN, JJ.

Judgment of sentence affirmed.